IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGIL WEAVER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-2146 |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 27th day of October, 2022, counsel having kindly reported that this matter has settled; accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court shall **REMOVE** this matter from civil suspense and **RETURN** it to the undersigned's active docket;

2. This matter is **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel without costs pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this court;[1]

3. The telephone conference scheduled for Tuesday, November 15, 2022, at 3:30 p.m. is **CANCELED**; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Rule 41.1(b) provides that any dismissal order entered "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c)." E.D. Pa. Loc. Civ. R. 41.1(b).